UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
CUMIS SPECIALTY INSURANCE :
COMPANY, INC., :
:
                             Plaintiff, : 21-CV-11107 (VSB)
:
        -against- : **ORDER**
:
ALAN KAUFMAN, :
:
                        Defendant. :
:
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on December 28, 2021. (Doc. 1). Plaintiff filed an affidavit of service indicating that Defendant was served on January 14, 2022. (Doc. 6.) The deadline for Defendant to respond to Plaintiff's complaint was February 4, 2022. (*See id.*) Defendant never responded to the complaint or appeared in the action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 4, 2022. If Plaintiff fails to do so or otherwise demonstrates that it does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 11, 2022
           New York, New York

                                                          _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge