**大成 DENTONS**

**John R. Vales**

john.vales@dentons.com
D    +1 973-912-7129

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

September 20, 2022

**VIA EFILING CM/ECF**

Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *CUMIS Specialty Insurance Company v. Alan Kaufman*, Case No. Case 1:21-cv-11107-VSB

Dear Judge Cote:

This firm represents plaintiff CUMIS Specialty Insurance Company ("CUMIS") in the above-referenced matter. CUMIS respectfully requests that the Court enter the enclosed Consent Order continuing the September 23, 2022 conference. Per section 2.A of the Court's Standing Order for civil matters, principal trial counsel must appear at all conferences with the Court. I am currently at a trial in Seattle, Washington and cannot appear in person for the September 23, 2022 conference. Opposing counsel and I will be available to appear in person on October 10, 11, 17, 18, 20, or 21. Defendant Alan Kaufman consents to this request.

The parties thank the Court for its attention to this matter.

Very truly yours,

*John R. Vales*

John R. Vales

```
Granted. The conference is
adjourned to October 20, 2022
at 11:00 A.M.
```

9/20/22

_____
DENISE COTE
United States District Judge

**Fernanda Lopes & Associados** ► **Guevara & Gutierrez** ► **Paz Horowitz Abogados** ► **Sirote** ► **Adepetun Caxton-Martins Agbor & Segun** ► **Davis Brown** ► **East African Law Chambers** ► **Eric Silwamba, Jalasi and Linyama** ► **Durham Jones & Pinegar** ► **LEAD Advogados** ► **Rattagan Macchiavello Arocena** ► **Jiménez de Aréchaga, Viana & Brause** ► **Lee International** ► **Kensington Swan** ► **Bingham Greenebaum** ► **Cohen & Grigsby** ► **Sayarh & Menjra** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms