```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CUMIS SPECIALTY INSURANCE CO., INC.,     :
                                         :
                    Plaintiff,           :
                                         :     21cv11107 (DLC)
        -v-                              :
                                         :          ORDER
ALAN KAUFMAN,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received on October 12, 2022 the defendant's motion for reconsideration, it is hereby

ORDERED that the plaintiff need not respond to the motion for reconsideration unless ordered by the Court to do so.

SO ORDERED:

Dated:   New York, New York
         October 13, 2022

_____
             DENISE COTE
      United States District Judge