大成 DENTONS

John R. Vales

john.vales@dentons.com
D +1 973-912-7129

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

October 14, 2022

**VIA EFILING CM/ECF**

Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *CUMIS Specialty Insurance Company v. Alan Kaufman*, Case No. Case 1:21-cv-11107-VSB

Dear Judge Cote:

This firm represents plaintiff CUMIS Specialty Insurance Company ("CUMIS") in the above-referenced matter. CUMIS respectfully requests that the Court enter the enclosed Consent Order continuing the October 20, 2022 conference. Defendant's counsel has advised that they will be better positioned to address the status of the case after the Court has ruled on defendant's motion for reconsideration. CUMIS asks the Court to continue the October 20, 2022 hearing to allow defendant's motion for reconsideration to be heard and for the parties to discuss what issues remain in the case in view of the Court's recent order. Defendant Alan Kaufman consents to this request.

CUMIS thanks the Court for its attention to this matter.

Very truly yours,

John R. Vales

Denied.

Denise Cote
10/18/22

LuatViet ► Fernanda Lopes & Associados ► Guevara & Gutierrez ► Paz Horowitz Abogados ► Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms