```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CUMIS SPECIALTY INSURANCE CO., INC.,    :
                                        :
                        Plaintiff,      :
                                        :      21cv11107 (DLC)
            -v-                         :
                                        :         ORDER
ALAN KAUFMAN,                           :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the initial pretrial conference held on October 20, 2022, it is hereby

ORDERED that the parties shall submit any proposed judgment no later than **October 27, 2022.**

Dated:    New York, New York
          October 20, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge